IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

STEVEN T. KOBAYASHI,

    Defendant.
                                        /

No. C 11-0981 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE

    The case management conference set for June 21, 2011 is VACATED.

    On April 26, 2011, the Court entered a final judgment in this case at the parties' request. Any party seeking further relief must do so through an appropriate motion.

    IT IS SO ORDERED.

Dated: 6/20/2011

CLAUDIA WILKEN
United States District Judge